UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC RITCHEY, | 1:03-cv-06381-AWI-LJO-P |
|       Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 15) |
| vs. | |
| M.T.A. RUNNELS, et al., | **ORDER DISMISSING ENTIRE ACTION AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT** |
|       Defendants. | |

    Plaintiff, Marc Ritchey ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 10, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed May 10, 2005,
8 are ADOPTED IN FULL; and,
9    2.   This action is DISMISSED in its entirety. The Clerk of
10 Court is DIRECTED to enter Judgment in accordance with this
11 Order.
12 IT IS SO ORDERED.
13 **Dated:   October 14, 2005**              /s/ Anthony W. Ishii
   0m8i78                            UNITED STATES DISTRICT JUDGE